**B1 (Official Form 1)(12/11)**

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PB Redell, Inc., a California corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Pacific Beach Bar and Grill; DBA PB Bar and Grill;<br>DBA Club Tremors** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0538856** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**860 Garnet Avenue<br>San Diego, CA** | ZIP Code<br>**92109** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP Code |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**San Diego** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP Code | Mailing Address of Joint Debtor (if different from street address): | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                                     **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PB Redell, Inc., a California corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>  Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**PB Redell, Inc., a California corporation**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ John L. Smaha 95855** _____
Signature of Attorney for Debtor(s)

**John L. Smaha 95855 (Bar No. 95855)**
Printed Name of Attorney for Debtor(s)

**Smaha Law Group**
Firm Name

**7860 Mission Center Ct. #100**
**San Diego, CA 92108**

_____
Address

                              **Email: jsmaha@smaha.com**
**619-688-1557  Fax: 619-688-1558**
Telephone Number

**November 19, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Marianne R. Carson** _____
Signature of Authorized Individual

**Marianne R. Carson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 19, 2012**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## PB REDELL, INC.
### A CALIFORNIA CORPORATION


A meeting of all of the Board of Directors of PB REDELL, INC., a California corporation authorized to do business within the State of California, was held on November 14, 2012 at SMAHA LAW GROUP, 7860 Mission Center Court, Ste. 100, San Diego, California.

Based upon exigent circumstances the following resolutions were made by a majority of the Board of Directors of PB REDELL, INC.:

BE IT RESOLVED, that the following individuals are elected to the following positions:

President: Marianne R. Carson

Secretary: Marcia Nordstrom

Treasurer: Marcia Nordstrom

Chief Restructuring Officer: Mike Lee

BE IT RESOLVED, that PB REDELL, INC. by and through its President, is authorized to execute a petition under Chapter 11 of the United States Bankruptcy Code placing PB REDELL, INC., into protection under Chapter 11 of the United States Bankruptcy Code.

BE IT FURTHER RESOLVED, that the President and Chief Restructuring Officer's are authorized to take any and all actions necessary for the purposes of proposing and executing a Plan of Reorganization for PB REDELL, INC. including but not limited to, signing statements of financial affairs, liabilities and assets, plans of reorganization, sale of the assets of the company and all other matters necessary thereto.

BE IT FURTHER RESOLVED, that the President, Treasurer and/or the Chief Restructuring Officer is authorized to open debtor-in-possession bank accounts under his or others signatures, at any financial institution allowed under the guidelines of the United States Trustee for the Southern District of California.

BE IT FURTHER RESOLVED, that PB Redell, Inc. is authorized to employ the law firm of Smaha Law Group as Debtor's counsel to represent the Debtor as debtor-in-possession in its Chapter 11 Bankruptcy proceeding.

Executed this 14th day of November 2012, at San Diego, California.

*Marianne R. Carson*

PB REDELL, INC.
Its: President

W:\EDWARDS\P.B. Redell\PB Redell BK\100.Corporate Resolution.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    **PB Redell, Inc., a California corporation**                Case No. _____
                                                    Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aetna**<br>**P.O. Box 894920**<br>**Los Angeles, CA 90189-4920** | **Aetna**<br>**P.O. Box 894920**<br>**Los Angeles, CA 90189-4920** | **Vendor** | | **4,580.00** |
| **Anheuser Busch of San Diego**<br>**P.O. Box 80758**<br>**San Diego, CA 92138** | **Anheuser Busch of San Diego**<br>**P.O. Box 80758**<br>**San Diego, CA 92138** | **Vendor** | | **8,960.00** |
| **Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0001** | **Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0001** | **Sales Tax** | | **201,172.70** |
| **Challenge Diary Products**<br>**P.O. Box 742266**<br>**Los Angeles, CA 90074-2266** | **Challenge Diary Products**<br>**P.O. Box 742266**<br>**Los Angeles, CA 90074-2266** | **Vendor** | | **9,711.38** |
| **Claudia Gonzalez**<br>**c/o Matrix Law Firm**<br>**2901 W. Coast Highway Ste. 350**<br>**Newport Beach, CA 92663** | **Claudia Gonzalez**<br>**c/o Matrix Law Firm**<br>**2901 W. Coast Highway Ste. 350**<br>**Newport Beach, CA 92663** | **Wage Claim** | **Unliquidated**<br>**Disputed** | **31,266.00** |
| **EDD**<br>**P.O. Box 277250**<br>**Sacramento, CA 95827-7250** | **EDD**<br>**P.O. Box 277250**<br>**Sacramento, CA 95827-7250** | **Tax Lien filed 05/11/2012 and 09/14/2012 Withholding Taxes** | | **74,964.91** |
| **George Kilcrease**<br>**4155 Middlesex Drive**<br>**San Diego, CA 92116** | **George Kilcrease**<br>**4155 Middlesex Drive**<br>**San Diego, CA 92116** | **Vendor** | | **3,935.00** |
| **Home Depot**<br>**P.O. Box 183175**<br>**Columbus, OH 43218-3175** | **Home Depot**<br>**P.O. Box 183175**<br>**Columbus, OH 43218-3175** | **Vendor** | **Unliquidated** | **11,000.00** |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Tax Lien filed 04/18/2012, 07/31/2012, 08/24/2012 Withholding Taxes** | | **314,963.75** |
| **Jack's Coctail & Tavern Supply**<br>**6302 Federal Blvd.**<br>**San Diego, CA 92114** | **Jack's Coctail & Tavern Supply**<br>**6302 Federal Blvd.**<br>**San Diego, CA 92114** | **Vendor** | | **5,056.95** |

B4 (Official Form 4) (12/07) - Cont.

In re    **PB Redell, Inc., a California corporation**                                      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Le Fe Tortilleria**<br>**P.O. Box 787**<br>**San Marcos, CA 92079** | **Le Fe Tortilleria**<br>**P.O. Box 787**<br>**San Marcos, CA 92079** | **Vendor** | | **3,233.63** |
| **Nicholas Korski**<br>**222 C Avenue**<br>**Coronado, CA 92118** | **Nicholas Korski**<br>**222 C Avenue**<br>**Coronado, CA 92118** | **Vendor** | | **3,200.00** |
| **PG Fund 1, LLC**<br>**P.O. Box 2737**<br>**Anaheim, CA 92809-0112** | **PG Fund 1, LLC**<br>**P.O. Box 2737**<br>**Anaheim, CA 92809-0112** | **FCI Lender Services - Line of Credit** | **Contingent Unliquidated** | **72,929.92** |
| **Roger Lee**<br>**2428 Wilbur Avenue**<br>**San Diego, CA 92109** | **Roger Lee**<br>**2428 Wilbur Avenue**<br>**San Diego, CA 92109** | **Loans** | | **46,025.00** |
| **Southern  Wine & Spirits**<br>**File 56002**<br>**Los Angeles, CA 90074-6002** | **Southern  Wine & Spirits**<br>**File 56002**<br>**Los Angeles, CA 90074-6002** | **Vendor** | | **24,931.78** |
| **Sysco Foodservices of SD**<br>**P.O. Box 509101**<br>**San Diego, CA 92150-9101** | **Sysco Foodservices of SD**<br>**P.O. Box 509101**<br>**San Diego, CA 92150-9101** | **Vendor** | | **8,834.27** |
| **Union Bank**<br>**Special Assets Dept.**<br>**1201 Fifth Avenue**<br>**San Diego, CA 92101** | **Union Bank**<br>**Special Assets Dept.**<br>**1201 Fifth Avenue**<br>**San Diego, CA 92101** | **Line of Credit** | | **83,843.79** |
| **US Foodservice**<br>**P.O. Box 1749**<br>**Vista, CA 92085** | **US Foodservice**<br>**P.O. Box 1749**<br>**Vista, CA 92085** | **Vendor** | **Unliquidated** | **27,589.02** |
| **Worldwide Produce**<br>**P.O. Box 54399**<br>**Los Angeles, CA 90054** | **Worldwide Produce**<br>**P.O. Box 54399**<br>**Los Angeles, CA 90054** | **Vendor** | **Unliquidated** | **6,239.10** |
| **Youngs Market Company**<br>**P.O. Box 61647**<br>**Los Angeles, CA 90060** | **Youngs Market Company**<br>**P.O. Box 61647**<br>**Los Angeles, CA 90060** | **Vendor** | **Unliquidated** | **16,613.98** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 19, 2012**                              Signature  **/s/ Marianne R. Carson**

                                                                                  **Marianne R. Carson**
                                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**B6D (Official Form 6D) (12/07)**

In re __**PB Redell, Inc., a California corporation**_____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-x3424** | | | | | | | | |
| **Cypress Premium Funding, Inc.** P.O. Box 3529 Mission Viejo, CA 92690 | - | | | | | | | |
| | | | Value $                        **0.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxx14.84** | | | 11/19/09 as assigned & amended 09/18/12 | | | | | |
| **PG Fund 1, LLC** P.O. Box 2737 Anaheim, CA 92809-0112 | - | | UCC-1 Financing Statement<br><br>1st UCC Lien on Equipment, Accounts, Furniture, etc. | | | | | |
| | | | Value $              **6,000,000.00** | | | | **1,917,471.53** | **0.00** |
| Account No. **xxxxxx65.02** | | | 2/23/2009 as Amended 3/09/2009 | | | | | |
| **US Small Bus. Administration** 550 West C Street, Ste. 550 San Diego, CA 92101 | - | | UCC-1 Financing<br><br>Equipment, Accounts, Furniture, etc. Subordinated to PG Fund | | | | | |
| | | | Value $              **6,000,000.00** | | | | **1,532,371.83** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | **3,449,843.36** | **0.00** |
| | Total (Report on Summary of Schedules) | **3,449,843.36** | **0.00** |

**B6E (Official Form 6E) (4/10)**

In re   **PB Redell, Inc., a California corporation**                                    Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                        __2__   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re     **PB Redell, Inc., a California corporation**                                    Case No. _____
                                                                                   ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** | | | | **Various Dates 2008 to 2012** | | | | | |
| | | | | **Wage Claim** | | | | | 31,266.00 |
| **Claudia Gonzalez** **c/o Matrix Law Firm** **2901 W. Coast Highway Ste. 350** **Newport Beach, CA 92663** | - | | | | | X | X | | |
| | | | | | | | | 31,266.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to          Subtotal          | 31,266.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)   | 31,266.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **PB Redell, Inc., a California corporation**                                              ,     Case No. _____
                                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx8130**<br><br>**Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0001** | - | | | **Sales Tax** | | | | **201,172.70** | | **0.00**<br><br>**201,172.70** |
| Account No. **xxx 4778**<br><br>**EDD**<br>**P.O. Box 277250**<br>**Sacramento, CA 95827-7250** | - | | | **Tax Lien filed 05/11/2012 and 09/14/2012**<br>**Withholding Taxes** | | | | **74,964.91** | | **0.00**<br><br>**74,964.91** |
| Account No. **xxxxx88.56**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | | **Tax Lien filed 04/18/2012, 07/31/2012, 08/24/2012**<br>**Withholding Taxes** | | | | **314,963.75** | | **0.00**<br><br>**314,963.75** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **2** of **2** continuation sheets attached to | Subtotal | **0.00** | |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | **591,101.36** | **591,101.36** |
| | Total | **31,266.00** | |
| | (Report on Summary of Schedules) | **622,367.36** | **591,101.36** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **PB Redell, Inc., a California corporation**                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PB Bar & Grill**<br><br>**A-1 Air Vent**<br>**Cleaning Specialist**<br>**P.O. Box 461503**<br>**Escondido, CA 92046** | - | | | | Vendor | | | | 617.19 |
| Account No. **P.B. Redell, Inc.**<br><br>**Access to Money/Cardtronics**<br>**Terminal #LK632843**<br>**119 North Camino Real, #136**<br>**Encinitas, CA 92024** | - | | | | Vendor, Plus Potential Breach of Contract Claim | | X | | 0.00 |
| Account No. **xxxx1869**<br><br>**Aetna**<br>**P.O. Box 894920**<br>**Los Angeles, CA 90189-4920** | - | | | | Vendor | | | | 4,580.00 |
| Account No. **x2041**<br><br>**Airgas - West**<br>**P.O. Box 7423**<br>**Pasadena, CA 91109-7423** | - | | | | Vendor | | | | 2,623.45 |
| __12__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 7,820.64 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **PB Redell, Inc., a California corporation**                                    ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3505** <br><br> **Anheuser Busch of San Diego** <br> **P.O. Box 80758** <br> **San Diego, CA 92138** | | - | Vendor | | | | 8,960.00 |
| Account No. **xxxxx8897** <br><br> **ASCAP** <br> **21678 Network Place** <br> **Chicago, IL 60673-1216** | | - | Vendor | | | | 1,171.93 |
| Account No. **1666** <br><br> **Bay Alarm Company** <br> **12315 Oak Knoll Road** <br> **Poway, CA 92064** | | - | Vendor | | | | 414.49 |
| Account No. **xxx2193** <br><br> **BMI** <br> **P.O. Box 406741** <br> **Atlanta, GA 30384-6741** | | - | Vendor | | | | 101.01 |
| Account No. <br><br> **Brian Despres Refrigeration** <br> **1626 Gitano Street** <br> **Encinitas, CA 92024** | | - | Vendor | | | | 694.36 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,341.79

B6F (Official Form 6F) (12/07) - Cont.

In re **PB Redell, Inc., a California corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **PBBG** <br><br> Bryant L. Taylor <br> 6458 East Lake Drive <br> San Diego, CA 92119 | - | | | Vendor | | | | 154.70 |
| Account No. **xx0475** <br><br> Challenge Diary Products <br> P.O. Box 742266 <br> Los Angeles, CA 90074-2266 | - | | | Vendor | | | | 9,711.38 |
| Account No. <br><br> Clear Channel <br> San Diego Market <br> File 56492 <br> Los Angeles, CA 90074 | - | | | Vendor | | | | 1,035.00 |
| Account No. **xxx 5689** <br><br> Conexis <br> P.O. Box 6241 <br> Orange, CA 92863-6241 | - | | | Vendor | | | | 120.00 |
| Account No. **xx6803** <br><br> CoPower <br> Dept. 34604 <br> P.O. Box 39001 <br> San Francisco, CA 94139-0001 | - | | | Vendor | | | | 1,590.10 |

Sheet no. _2_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         12,611.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **PB Redell, Inc., a California corporation**              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **PB Bar & Grill** <br><br> **Creative Plastics** <br> **6365 Nancy Ridge Drive** <br> **San Diego, CA 92121** | | - | | Vendor | | | | 590.00 |
| Account No. **PB Grill** <br><br> **Enviroclean Aqua Technology** <br> **P.O. Box 91002** <br> **San Diego, CA 92169** | | - | | Vendor | | | | 650.00 |
| Account No. <br><br> **Fashion 5.0 Magazine** <br> **4865 Del Mar Avenue** <br> **San Diego, CA 92107** | | - | | Vendor, Plus Potential Breach of Contract Claim | | X | | 2,775.00 |
| Account No. **PB Bar & Grill** <br><br> **Food & Beverage Assn.** <br> **3110 Camino del Rio So., #315** <br> **San Diego, CA 92108** | | - | | Vendor | | | | 440.00 |
| Account No. **PB Redell** <br><br> **George Kilcrease** <br> **4155 Middlesex Drive** <br> **San Diego, CA 92116** | | - | | Vendor | | | | 3,935.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,390.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **PB Redell, Inc., a California corporation** , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7538** | | | | Vendor | | | | |
| gNeil P.O. Box 451179 Fort Lauderdale, FL 33345-1179 | - | | | | | | | 179.97 |
| Account No. | | | | Vendor | | | | |
| Happy Hour Magazine 3502 Pringle Street, #202 San Diego, CA 92110 | - | | | | | | | 1,200.00 |
| Account No. | | | | Vendor | | | | |
| Harbor Distributing, LLC Dept. #2685 Los Angeles, CA 90084-2685 | - | | | | | | | 17.00 |
| Account No. **xxxx xxxx xxxx 6475** | | | | Vendor | | | | |
| Home Depot P.O. Box 183175 Columbus, OH 43218-3175 | - | | | | | X | | 11,000.00 |
| Account No. **PB Bar & Grill** | | | | Vendor | | | | |
| Howard Scholes 1067 Oliver Avenue San Diego, CA 92109 | - | | | | | | | 2,525.00 |

Sheet no. __4___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,921.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **PB Redell, Inc., a California corporation** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx0027** | | | | Vendor | | | | |
| **Impact** 1590 Gilbreth Road Burlingame, CA 94010 | | - | | | | | | 560.30 |
| Account No. **PB Bar & Grill** | | | | Vendor, Plus Potential Breach of Contract Claim | | | | |
| **ISOTECH Pest Management** P.O. Box 4215 Covina, CA 91723 | | - | | | | X | | 1,650.00 |
| Account No. | | | | Vendor | | | | |
| **Jack's Coctail & Tavern Supply** 6302 Federal Blvd. San Diego, CA 92114 | | - | | | | | | 5,056.95 |
| Account No. **149** | | | | Vendor | | | | |
| **Karl Strauss Breweries** 5985 Santa Fe Street San Diego, CA 92109 | | - | | | | | | 918.00 |
| Account No. **PB Bar & Grill** | | | | Vendor | | | | |
| **Le Fe Tortilleria** P.O. Box 787 San Marcos, CA 92079 | | - | | | | | | 3,233.63 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,418.88

B6F (Official Form 6F) (12/07) - Cont.

In re **PB Redell, Inc., a California corporation**                              Case No. _____
                                                                 ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1695** | | | Vendor, Plus Potential Breach of Contract Claim | | | | |
| **Mission Linen** **2727 Industry Street** **Oceanside, CA 92054-4810** | - | | | | X | | 693.74 |
| Account No. | | | Vendor | | | | |
| **New Leaf Biofuel** **2285 Newton Avenue** **San Diego, CA 92113** | - | | | | | | 1,050.00 |
| Account No. | | | Vendor | | | | |
| **Nicholas Korski** **222 C Avenue** **Coronado, CA 92118** | - | | | | | | 3,200.00 |
| Account No. **PB Redell** | | | Vendor | | | | |
| **Oliva Goddard & Wright** **9333 Genessee Ave., Ste. 110** **San Diego, CA 92121** | - | | | | | | 2,400.00 |
| Account No. | | | Vendor | | | | |
| **Pacific Magazine San Diego** **2165 San Diego Ave., Ste. 202** **San Diego, CA 92110** | - | | | | | | 200.00 |

Sheet no. _**6**_ of _**12**_ sheets attached to Schedule of                Subtotal                    7,543.74
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **PB Redell, Inc., a California corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5495**<br><br>**Pacific Shellfish**<br>**5040 Cass Street**<br>**San Diego, CA 92109** | | - | | Vendor | | | | 1,419.00 |
| Account No. **x-xxx-9214**<br><br>**Peachtree Checks & Forms**<br>**P.O. Box 850**<br>**Milton, WA 98354** | | - | | Vendor | | | | 74.00 |
| Account No. **xxxxx41.62**<br><br>**PG Fund 1, LLC**<br>**P.O. Box 2737**<br>**Anaheim, CA 92809-0112** | | - | | FCI Lender Services - Line of Credit | X | X | | 72,929.92 |
| Account No. **PBBG**<br><br>**Plus One Water, LLC**<br>**1666 Garnet Avenue**<br>**San Diego, CA 92109** | | - | | Vendor | | | | 272.64 |
| Account No. **PB Bar & Grill**<br><br>**Pro Edge Knife**<br>**7431 Mission Gorge Road**<br>**San Diego, CA 92120** | | - | | Vendor | | | | 400.00 |

Sheet no. __7___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 75,095.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **PB Redell, Inc., a California corporation**                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **PB Grill** <br><br>**Pro Systems** <br>**8145 Ronson Road, #C** <br>**San Diego, CA 92111** | - | | | Vendor | | | | 90.00 |
| Account No. **xxx6574** <br><br>**Radiant Systems** <br>**P.O. Box 198755** <br>**Atlanta, GA 30384-8755** | - | | | Vendor | | | | 600.00 |
| Account No. **PBBar** <br><br>**Rainbow Distributing** <br>**2065 Kurtz Street** <br>**San Diego, CA 92110-2014** | - | | | Vendor | | | | 1,533.53 |
| Account No. <br><br>**Richard Communications** <br>**6016 Meade Avenue** <br>**San Diego, CA 92115** | - | | | Vendor | | | | 247.05 |
| Account No. **xx xxxxxl #253** <br><br>**Roger Lee** <br>**2428 Wilbur Avenue** <br>**San Diego, CA 92109** | - | | | 09/2012 <br>Loans | | | | 46,025.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **48,495.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **PB Redell, Inc., a California corporation** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Vendor | | | | |
| Salvador Gonzalez 2240 Delany Drive San Ysidro, CA 92173 | | | | | | | | 274.90 |
| Account No. **PB Bar & Grill** | | - | | Vendor | | | | |
| Service Solutions Group 5595 Magnatron Blvd, Ste. A San Diego, CA 92111-1310 | | | | | | | | 986.34 |
| Account No. **x0195** | | - | | Vendor | | | | |
| Southern  Wine & Spirits File 56002 Los Angeles, CA 90074-6002 | | | | | | | | 24,931.78 |
| Account No. **xx xxx1893** | | - | | Vendor | | | | |
| Staples Business Advantage Dept LA 1368 Chicago, IL 60690-3689 | | | | | | | | 1,121.54 |
| Account No. **xxxxxxxxx9098** | | - | | Credit Card | | | | |
| Staples Credit Plan P.O. Box 653030 Dallas, TX 75265-3030 | | | | | | | | 2,010.00 |

Sheet no. __9___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    29,324.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **PB Redell, Inc., a California corporation**                                   Case No. _____
                                                                          ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **x3779** <br><br> **Stone Brewing Company** <br> **1999 Citracado Parkway** <br> **Escondido, CA 92029** | | - | | Vendor | | | | 2,970.60 |
| Account No. **xx5959** <br><br> **Sysco Foodservices of SD** <br> **P.O. Box 509101** <br> **San Diego, CA 92150-9101** | | - | | Vendor | | | | 8,834.27 |
| Account No. **PB Bar & Grill** <br><br> **Tri Signal Integration** <br> **15853 Monte St., Ste. 101** <br> **Sylmar, CA 91342** | | - | | Vendor | | | | 724.44 |
| Account No. **PBBG** <br><br> **Triple D Distributors** <br> **5725 Kearny Villa Rd., Ste. 1** <br> **San Diego, CA 92123** | | - | | Vendor | | | | 476.00 |
| Account No. <br><br> **Union Bank** <br> **Special Assets Dept.** <br> **1201 Fifth Avenue** <br> **San Diego, CA 92101** | | - | | Line of Credit | | | | 83,843.79 |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,849.10

B6F (Official Form 6F) (12/07) - Cont.

In re **PB Redell, Inc., a California corporation**                                      Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx9052** | | | - | | Vendor | | | | |
| Union Tribune P.O. Box 121546 San Diego, CA 92112-5546 | | | | | | | | | 296.25 |
| Account No. **P086** | | | - | | Vendor | | X | | |
| US Foodservice P.O. Box 1749 Vista, CA 92085 | | | | | | | | | 27,589.02 |
| Account No. **xxxxxxxxx-x0001** | | | - | | Telephone Service | | | | |
| Verizon Wireless P.O. Box 660108 Dallas, TX 75266-0108 | | | | | | | | | 3,148.82 |
| Account No. **PacBar** | | | - | | Vendor | | X | | |
| Worldwide Produce P.O. Box 54399 Los Angeles, CA 90054 | | | | | | | | | 6,239.10 |
| Account No. **xxxxx1330** | | | - | | Vendor, Plus Potential Breach of Contract Claim | | X | | |
| Xerox Coperation 45 Glover Avenue Norwalk, CT 06856-4505 | | | | | | | | | 0.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                                      37,273.19

B6F (Official Form 6F) (12/07) - Cont.

In re **PB Redell, Inc., a California corporation**                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **x2937** | | | | Vendor | | | | |
| **Youngs Market Company** P.O. Box 61647 Los Angeles, CA 90060 | - | | | | | X | | 16,613.98 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 16,613.98 |
| | Total (Report on Summary of Schedules) | 377,700.17 |

# United States Bankruptcy Court
## Southern District of California

In re   **PB Redell, Inc., a California corporation**

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marcia Nordstrom**<br>**860 Garnet Avenue**<br>**San Diego, CA 92109** | **Shareholder** | **26,958 Voting Shares, 118,392 Non Voting Shares** | **Interest** |
| **Mike Lee**<br>**860 Garnet Avenue**<br>**San Diego, CA 92109** | **Shareholder** | **26,958 Voting Shares, 118,292 Non-Voting Shares** | **Interest** |
| **Roger Lee**<br>**860 Garnet Avenue**<br>**San Diego, CA 92109** | **Shareholder** | **26,959 Voting Shares, 118,391 Non Voting Shares** | **Interest** |
| **Sam & Hae Sook**<br>**Lee Revocable Trust**<br>**4238 Mesa Street**<br>**Torrance, CA 90505** | **Shareholder** | **4,257 Voting Shares, 18, 693 Non-Voting Shares** | **Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____**November 19, 2012**_____

Signature **/s/ Marianne R. Carson**

**Marianne R. Carson**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** _____ continuation sheets attached to List of Equity Security Holders

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.

**John L. Smaha 95855**
**7860 Mission Center Ct. #100**
**San Diego, CA 92108**
**619-688-1557**
**(Bar No. 95855)**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**PB Redell, Inc., a California corporation**

BANKRUPTCY NO.

                                                                Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.                    TOTAL NO. OF CREDITORS:  **72**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor diskette required.     TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added.  Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.


Date:  **November 19, 2012**                     **/s/ Marianne R. Carson**
                                                 **Marianne R. Carson/President**
                                                 Signer/Title


### REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1)      Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)      A creditors matrix with Verification is required whenever the following occurs:

     a)      A new petition is filed.  Diskette required.

     b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

     c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be originally typed or printed. It may not be a copy.

4)      CONVERSIONS:

     a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

     b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

     a)      Scannable matrix format required.

     b)      The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

     c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

A-1 Air Vent
  Cleaning Specialist
P.O. Box 461503
Escondido, CA 92046


Access to Money/Cardtronics
Terminal #LK632843
119 North Camino Real, #136
Encinitas, CA 92024


Aetna
P.O. Box 894920
Los Angeles, CA 90189-4920


Airgas - West
P.O. Box 7423
Pasadena, CA 91109-7423


Anheuser Busch of San Diego
P.O. Box 80758
San Diego, CA 92138


ASCAP
21678 Network Place
Chicago, IL 60673-1216


AVI Insurance
200 South Ola Vista
San Clemente, CA 92672


Bay Alarm Company
12315 Oak Knoll Road
Poway, CA 92064


BMI
P.O. Box 406741
Atlanta, GA 30384-6741

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


Brian Despres Refrigeration
1626 Gitano Street
Encinitas, CA 92024


Bryant L. Taylor
6458 East Lake Drive
San Diego, CA 92119


Challenge Diary Products
P.O. Box 742266
Los Angeles, CA 90074-2266


Claudia Gonzalez
c/o Matrix Law Firm
2901 W. Coast Highway Ste. 350
Newport Beach, CA 92663


Clear Channel
San Diego Market
File 56492
Los Angeles, CA 90074


Conexis
P.O. Box 6241
Orange, CA 92863-6241


CoPower
Dept. 34604
P.O. Box 39001
San Francisco, CA 94139-0001


Creative Plastics
6365 Nancy Ridge Drive
San Diego, CA 92121

Cypress Premium Funding, Inc.
P.O. Box 3529
Mission Viejo, CA 92690


EDD
P.O. Box 277250
Sacramento, CA 95827-7250


EDD
Lien Group, MIC 92G
P.O. Box 826880
Sacramento, CA 94280-0001


Enviroclean Aqua Technology
P.O. Box 91002
San Diego, CA 92169


Fashion 5.0 Magazine
4865 Del Mar Avenue
San Diego, CA 92107


Food & Beverage Assn.
3110 Camino del Rio So., #315
San Diego, CA 92108


George Kilcrease
4155 Middlesex Drive
San Diego, CA 92116


gNeil
P.O. Box 451179
Fort Lauderdale, FL 33345-1179


Happy Hour Magazine
3502 Pringle Street, #202
San Diego, CA 92110

Harbor Distributing, LLC
Dept. #2685
Los Angeles, CA 90084-2685


Home Depot
P.O. Box 183175
Columbus, OH 43218-3175


Howard Scholes
1067 Oliver Avenue
San Diego, CA 92109


Impact
1590 Gilbreth Road
Burlingame, CA 94010


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 145585, STOP 8420G
Cincinnati, OH 45250-5585


ISOTECH Pest Management
P.O. Box 4215
Covina, CA 91723


Jack R. Leer
Seltzer Caplan McMahon Vitek
750 B Street, Ste. 100
San Diego, CA 92101


Jack's Coctail & Tavern Supply
6302 Federal Blvd.
San Diego, CA 92114

Karl Strauss Breweries
5985 Santa Fe Street
San Diego, CA 92109


Le Fe Tortilleria
P.O. Box 787
San Marcos, CA 92079


Mission Linen
2727 Industry Street
Oceanside, CA 92054-4810


New Leaf Biofuel
2285 Newton Avenue
San Diego, CA 92113


Nicholas Korski
222 C Avenue
Coronado, CA 92118


Oliva Goddard & Wright
9333 Genessee Ave., Ste. 110
San Diego, CA 92121


Pacific Magazine San Diego
2165 San Diego Ave., Ste. 202
San Diego, CA 92110


Pacific Shellfish
5040 Cass Street
San Diego, CA 92109


Peachtree Checks & Forms
P.O. Box 850
Milton, WA 98354

```
PG Fund 1, LLC
P.O. Box 2737
Anaheim, CA 92809-0112


Plus One Water, LLC
1666 Garnet Avenue
San Diego, CA 92109


Pro Edge Knife
7431 Mission Gorge Road
San Diego, CA 92120


Pro Systems
8145 Ronson Road, #C
San Diego, CA 92111


Radiant Systems
P.O. Box 198755
Atlanta, GA 30384-8755


Rainbow Distributing
2065 Kurtz Street
San Diego, CA 92110-2014


Richard Communications
6016 Meade Avenue
San Diego, CA 92115


Roger Lee
2428 Wilbur Avenue
San Diego, CA 92109


Salvador Gonzalez
2240 Delany Drive
San Ysidro, CA 92173
```

SBA
P.O. Box74019
Atlanta, GA 30374-0192


Service Solutions Group
5595 Magnatron Blvd, Ste. A
San Diego, CA 92111-1310


Southern  Wine & Spirits
File 56002
Los Angeles, CA 90074-6002


Staples Business Advantage
Dept LA 1368
Chicago, IL 60690-3689


Staples Credit Plan
P.O. Box 653030
Dallas, TX 75265-3030


Stone Brewing Company
1999 Citracado Parkway
Escondido, CA 92029


Sysco Foodservices of SD
P.O. Box 509101
San Diego, CA 92150-9101


Tri Signal Integration
15853 Monte St., Ste. 101
Sylmar, CA 91342


Triple D Distributors
5725 Kearny Villa Rd., Ste. 1
San Diego, CA 92123

Union Bank
Special Assets Dept.
1201 Fifth Avenue
San Diego, CA 92101


Union Tribune
P.O. Box 121546
San Diego, CA 92112-5546


US Foodservice
P.O. Box 1749
Vista, CA 92085


US Small Bus. Administration
550 West C Street, Ste. 550
San Diego, CA 92101


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


WorldPay
1101 Kings Hwy North, #G100
Cherry Hill, NJ 08034


Worldwide Produce
P.O. Box 54399
Los Angeles, CA 90054


Xerox Coperation
45 Glover Avenue
Norwalk, CT 06856-4505


Youngs Market Company
P.O. Box 61647
Los Angeles, CA 90060

# United States Bankruptcy Court
## Southern District of California

In re   **PB Redell, Inc., a California corporation**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PB Redell, Inc., a California corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 19, 2012**

Date

/s/ John L. Smaha 95855

**John L. Smaha 95855**

Signature of Attorney or Litigant

Counsel for   **PB Redell, Inc., a California corporation**

**Smaha Law Group**
**7860 Mission Center Ct. #100**
**San Diego, CA 92108**
**619-688-1557 Fax:619-688-1558**
**jsmaha@smaha.com**