**CSD 1099** [09/26/06]
Name, Address, Telephone No. & I.D. No.

John L. Smaha 95855
7860 Mission Center Ct. #100
San Diego, CA 92108
619-688-1557
(Bar No. 95855)

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**PB Redell, Inc., a California corporation**

BANKRUPTCY NO. **12-15328**

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following [Check one or more boxes as appropriate]:

☒ Summary of Schedules
☒ Statistical Summary of Certain Liabilities and Related Data
☒ Schedule A - Schedule of Real Property
☒ Schedule B - Schedule of Personal Property
☒ Schedule C - Schedule of Property Claimed Exempt
☒ Schedule D - Creditors Holding Secured Claims
☐ Schedule E - Creditors Holding Unsecured Priority Claims
☐ Schedule F - Creditors Holding Unsecured Nonpriority Claims
☒ Schedule G - Schedule of Executory Contracts & Unexpired Leases
☒ Schedule H - Schedule of Co-Debtor
☒ Schedule I - Current Income of Individual Debtor(s)
☒ Schedule J - Current Expenditure of Individual Debtor(s)
☒ Statement of Financial Affairs
☐ Statement of Current Monthly Income and Means Test Calculation (Form B22A)
☐ Statement of Current Monthly Income (Form B22B)
☐ Statement of Currently Monthly Income and Calculation of Commitment Period and Disposable Income        (Form B22C)
☐ Chapter 13 Plan

**IF ADDITIONAL CREDITORS ARE ADDED AT THIS TIME, THE FOLLOWING ARE REQUIRED:**
1. Computer diskette containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, as required by Local Bankruptcy Rule 1007-4. See instructions on reverse side.

Dated: **December 3, 2012**                Signed:        **/s/ John L. Smaha 95855**
                                                        Attorney for Debtor

I [We] __**Marianne R. Carson**__ and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 attached hereto, consisting of __ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: **December 3, 2012**        **/s/ Marianne R. Carson**
                                Debtor                                                Joint Debtor

**CSD 1099**

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

**CSD 1099 (Page 2)** [09/26/06]

## INSTRUCTIONS

1.  Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.  If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with General Order #162.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __December  3, 2012__, I served a true copy of the within BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by U.S. Mail.

on the following persons [set forth name and address of each person served]:

☒  For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐  For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☐  For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

☐  Chpt. 7 Trustee, if any:

☐  If Chpt. 11, each member of any committee appointed:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __December  3, 2012__
(Date)

/s/ John L. Smaha 95855
**John L. Smaha 95855**
**Smaha Law Group**
**7860 Mission Center Ct. #100**
**San Diego, CA 92108**
Address

**CSD 1099**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    **PB Redell, Inc., a California corporation**

Debtor

Case No.   **12-15328-MM11**

Chapter         **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,464,013.33 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,449,843.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 622,367.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 377,700.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 2,464,013.33 | | |
| Total Liabilities | | | | 4,449,910.89 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    **PB Redell, Inc., a California corporation**         Case No. **12-15328-MM11**

                                            Debtor         Chapter            **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **PB Redell, Inc., a California corporation**                           Case No.   **12-15328-MM11**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **PB Redell, Inc., a California corporation**                                          Case No.   **12-15328-MM11**
                                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **See Attached** | - | 38,232.25 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Southern California Checking Account Ending in 1005** | - | 0.00 |
| | | **Bank of Southern California Checking Account Ending in 1038** | - | 0.00 |
| | | **Union Bank Checking Account Ending in 7961** | - | 1,216.20 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 39,448.45 |

**2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **PB Redell, Inc., a California corporation**                                        Case No.   **12-15328-MM11**
                                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Credit Card Processor (Paymentech, Amex)** | - | 40,945.21 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **See Attached list. Insider obligations are accumulated over a period in excess of four years and as long as fifteen years. Some amounts are subject to audit. Some amounts may be uncollectible.** | - | 1,040,479.55 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  |  |  | Sub-Total > | 1,081,424.76 |
|---|---|---|---|---|
|  |  |  | (Total of this page) | |

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **PB Redell, Inc., a California corporation**                                      Case No.   **12-15328-MM11**
                                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Type 47 Liquor License** | - | 70,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Inventory to be filed** | - | 71,850.95 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Inventory to be filed** | - | 1,064,466.00 |
| 30. Inventory. | | **Food and Liquor - See Attached** | - | 136,823.17 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lease of Premise at 860 Garnet Avenue, San Diego, CA** | - | Unknown |

|  | Sub-Total > (Total of this page) | 1,343,140.12 |
|---|---|---|
|  | Total > | 2,464,013.33 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

In re:  PB Redell, Inc., a California corporation                    Case No. 12-15328.11

# Form B6 – Schedule B – 1
## Personal Property Cash on Hand

Cash sales not deposited into the bank            18.104.88

Checks received, not deposited

| | | |
|---|---|---|
| ATM Access | #268769 | 104.81 |
| Fred Demeo | #31029 | 820.13 |
| Fred Demeo | #31030 | 757.75 |
| Fred Demeo | #31028 | 817.81 |
| Fred Demeo | #31031 | 809.73 |
| Tony Bedalov | # 9439 | 1.516.56 |
| Tony Bedalov | # 9507 | 2.828.86 |
| Tony Bedalov | # 9508 | 2.808.07 |
| Tony Bedalov | # 9510 | 2.961.70 |
| Tony Bedalov | # 9512 | 2.920.11 |
| Tony Bedalov | # 9498 | 174.44 |
| Fred Demeo | #31059 | 812.04 |
| Tony Bedalov | # 9568 | 2.795.36 |

**TOTAL Cash on Hand**                    **38.232.25**

In re:  PB Redell, Inc., a California corporation                    Case No. 12-15328.11

# Form B6 – Schedule B – 18
## Personal Property Liquidated Debts

| Debtor / Description | Location of Debt | Value |
|---|---|---|
| Fred Demeo<br>Workers Comp October 2012 | Bank of America | 684.98 |
| Tony Bedalov<br>Workers Comp October 2012 | Bank of Southern California | 3.324.40 |
| Tony Bedalov<br>Dental Insurance | Bank of Southern California | 385.00 |
| Employee Advances | | 6.504.00 |
| Marcia Nordstrom | | 79.091.54 |
| Mike Lee | | 33.606.52 |
| Tony Bedalov, inc. | | 610.606.89 |
| Fred Demeo, inc. | | 306.276.22 |

**TOTAL Liquidated Debts**                              **$1.040.479.55**

In re:  PB Redell, Inc., a California corporation                    Case No. 12-15328.11

# Form B6 – Schedule B – 21
## Personal Property Unliquidated Debts

| Debtor / Description | Location of Debt | Est. Value |
|---|---|---|
| Fred Demeo | Bank of America | 300.91 |
| Workers Comp November 2012 | | |
| Tony Bedalov | Bank of Southern California | 1.643.72 |
| Workers Comp November 2012 | | |
| Tony Bedalov | Bank of Southern California | 145.00 |
| Dental Insurance | | |
| Red Bull North America | | 2.500.00 |
| Quarterly Promotional Expense | | |
| Anheuser-Busch of San Diego | | 1.000.00 |
| Quarterly promotional expense | | |

**TOTAL Unliquidated Debts**                                    **$5.589.63**

In re:  PB Redell, Inc., a California corporation                        Case No. 12-15328.11

## Form B6 – Schedule B – 35
## Personal Property - Other

| Debtor / Description | Location of Debt | Est. Value |
|---|---|---|
| Inventory<br>Beer | 860 Garnet Avenue<br>San Diego, CA 92109 | 16.885.59 |
| Inventory<br>Wine | 860 Garnet Avenue<br>San Diego, CA 92109 | 3.203.41 |
| Inventory<br>Liquor | 860 Garnet Avenue<br>San Diego, CA 92109 | 21.304.12 |
| Inventory<br>Food | 860 Garnet Avenue<br>San Diego, CA 92109 | 36.149.75 |
| Inventory<br>Bar Supplies | 860 Garnet Avenue<br>San Diego, CA 92109 | 2.729.12 |
| Inventory<br>Restaurant Supplies | 860 Garnet Avenue<br>San Diego, CA 92109 | 14.871.56 |
| Inventory<br>Miscellaneous | 860 Garnet Avenue<br>San Diego, CA 92109 | 41.679.62 |

**TOTAL Other Personal Property**                        **$136.823.17**

B6C (Official Form 6C) (4/10)

In re    **PB Redell, Inc., a California corporation**                                    Case No.    **12-15328-MM11**
                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **NONE.** | | | |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6G (Official Form 6G) (12/07)

In re    **PB Redell, Inc., a California corporation**        Case No.   **12-15328-MM11**

                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Access to Money/Cardtronics**<br>**Terminal #Lk632843**<br>**119 N. Camino Real, #136**<br>**Encinitas, CA 92024** | **ATM machine processing.**<br>**Debtor is Purchaser.** |
| **Aetna**<br>**P.O. Box 894920**<br>**Los Angeles, CA 90189-4920** | **Employee health insurance for management and insiders.**<br>**Debtor is Purchaser.** |
| **Airgas - West**<br>**P.O. Box 7423**<br>**Pasadena, CA 91109-7423** | **Service contract.**<br>**Exclusivity and price guarantee.**<br>**Debtor is Purchaser.** |
| **ASCAP**<br>**21678 Network Place**<br>**Chicago, IL 60673-1216** | **Music licensing.**<br>**Debtor is licensee.** |
| **AT&T**<br>**7650 Convoy Court**<br>**San Diego, CA 92111** | **Utility contract**<br>**Guranteed rates.**<br>**Debtor is Purchaser.** |
| **Bay Alarm Company**<br>**12315 Oak Knoll Road**<br>**Poway, CA 92064** | **Service contract.**<br>**Alarm monitoring and service.**<br>**Debtor is Purchaser.** |
| **BMI**<br>**P.O. Box 406741**<br>**Atlanta, GA 30384-6741** | **Music licensing.**<br>**Debtor is licensee.** |
| **Coca Cola North America**<br>**P.O. Box 102703**<br>**Atlanta, GA 30368-2703** | **Service contract.**<br>**Equipment and product price guarantee.**<br>**Debtor is Purchaser.** |
| **Conexis**<br>**P.O. Box 6241**<br>**Orange, CA 92863-6241** | **Health insurance separation provider (Cobra)**<br>**Debtor is Purchaser.** |
| **Copower**<br>**1600 West Hillsdale Blvd.**<br>**San Mateo, CA 94402** | **Dental insurance.**<br>**Employee plan.**<br>**Debtor is Purchaser.** |
| **DirecTV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060-0036** | **Satellite provider.**<br>**Music and Entertainment.**<br>**Debtor is Purchaser.** |

  **2**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **PB Redell, Inc., a California corporation**

Case No.    **12-15328-MM11**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Isotech Pest Management**<br>P.O. Box 4215<br>Covina, CA 91723 | Service contract<br>Pest control.<br>Debtor is Purchaser. |
| **Mission Linen**<br>2727 Industry Street<br>Oceanside, CA 92054-4810 | Service contract.<br>Exclusivity and price guaranteed.<br>Debtor is Purchaser. |
| **New Leaf Biofuel**<br>2285 Newton Avenue<br>San Diego, CA 92113 | Service Contract.<br>Oil and grease removal and maitenance.<br>Debtor is Purchaser. |
| **Pacific Beach Bar &**<br>**Grill Holding, LLC**<br>6464 Mesa Norte Drive<br>San Diego, CA 92130 | 860 Garnet Premises Lease<br>Debtor is lessee. |
| **Paymentech**<br>P.O. Box 29534<br>Phoenix, AZ 85038 | Credit card processor.<br>Guranteed exchange rates.<br>Debtor is Purchaser. |
| **Pro Edge Knife**<br>7431 Mission Gorge Road<br>San Diego, CA 92120 | Service contract.<br>Exclusivity and price guarantee.<br>Debtor is Purchaser. |
| **Radiant Systems**<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 | Service contract.<br>POS integration for gift cards and theft control.<br>Debtor is Purchaser. |
| **Sesac**<br>55 Music Square East<br>Nashville, TN 37203-4362 | Music licensing.<br>Debtor is licensee. |
| **Time Warner Cable**<br>8949 Ware Court<br>San Diego, CA 92121 | Utility contract.<br>Guranteed prices.<br>Debtor is Purchaser. |
| **Tri Signal Integration**<br>15853 Monte St., Ste. 100<br>Sylmar, CA 91342 | Service contract.<br>Fire suppression service.<br>Debtor is Purchaser. |
| **Triple D Distributers**<br>5725 Kearny Villa Rd., Ste. 1<br>San Diego, CA 92123 | Service contract<br>Machinery provided, exclusivity of product.<br>Debtor is Purchaser. |
| **Union Tribune**<br>P.O. Box 121546<br>San Diego, CA 92112 | Service contract.<br>Internet advertising<br>Debtor is Purchaser. |
| **Verizon Wireless**<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Service contract.<br>Cell phone provider for management and insiders.<br>Debtor is Purchaser. |

Sheet    1    of    2    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    PB Redell, Inc., a California corporation                                    Case No.    **12-15328-MM11**
                                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Waste Management**<br>**1001 West Bradley Avenue**<br>**El Cajon, CA 92020** | **Service contract.**<br>**Waste disposal and recycling.**<br>**Debtor is Purchaser.** |
| **Xerox Corporation**<br>**45 Glover Avenue**<br>**Norwalk, CT 06856-4505** | **Service Contract.**<br>**Lease of printer/copier with supplies.**<br>**Debtor is Purchaser.** |
| **XO Communications**<br>**5771 Copley Drive**<br>**San Diego, CA 92111** | **Service contract.**<br>**Internet service provider.**<br>**Website hosting.**<br>**Debtor is Purchaser.** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **PB Redell, Inc., a California corporation**                                    Case No. __12-15328-MM11__
                                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Donna Edwards<br>6464 Mesa Norte Drive<br>San Diego, CA 92109 | Union Bank<br>Special Assets Dept.<br>1201 Fifth Avenue<br>San Diego, CA 92101 |
| Donna Edwards<br>6464 Mesa Norte Drive<br>San Diego, CA 92109 | PG Fund 1, LLC<br>P.O. Box 2737<br>Anaheim, CA 92809-0112 |
| Marcia Nordstrom<br>860 Garnet Avenue<br>San Diego, CA 92109 | Union Bank<br>Special Assets Dept.<br>1201 Fifth Avenue<br>San Diego, CA 92101 |
| Marcia Nordstrom<br>860 Garnet Avenue<br>San Diego, CA 92109 | PG Fund 1, LLC<br>P.O. Box 2737<br>Anaheim, CA 92809-0112 |
| Mike Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Union Bank<br>Special Assets Dept.<br>1201 Fifth Avenue<br>San Diego, CA 92101 |
| Mike Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | PG Fund 1, LLC<br>P.O. Box 2737<br>Anaheim, CA 92809-0112 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Access to Money/Cardtronics<br>Terminal #LK632843<br>119 North Camino Real, #136<br>Encinitas, CA 92024 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Aetna<br>P.O. Box 894920<br>Los Angeles, CA 90189-4920 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Airgas - West<br>P.O. Box 7423<br>Pasadena, CA 91109-7423 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Anheuser Busch of San Diego<br>P.O. Box 80758<br>San Diego, CA 92138 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | ASCAP<br>21678 Network Place<br>Chicago, IL 60673-1216 |

3

_____ continuation sheets attached to Schedule of Codebtors

In re     **PB Redell, Inc., a California corporation**                            Case No.   **12-15328-MM11**

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | BMI<br>P.O. Box 406741<br>Atlanta, GA 30384-6741 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Challenge Diary Products<br>P.O. Box 742266<br>Los Angeles, CA 90074-2266 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Harbor Distributing, LLC<br>Dept. #2685<br>Los Angeles, CA 90084-2685 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Tri Signal Integration<br>15853 Monte St., Ste. 101<br>Sylmar, CA 91342 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Triple D Distributors<br>5725 Kearny Villa Rd., Ste. 1<br>San Diego, CA 92123 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Union Bank<br>Special Assets Dept.<br>1201 Fifth Avenue<br>San Diego, CA 92101 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | US Foodservice<br>P.O. Box 1749<br>Vista, CA 92085 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Worldwide Produce<br>P.O. Box 54399<br>Los Angeles, CA 90054 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Youngs Market Company<br>P.O. Box 61647<br>Los Angeles, CA 90060 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Staples Business Advantage<br>Dept LA 1368<br>Chicago, IL 60690-3689 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Staples Credit Plan<br>P.O. Box 653030<br>Dallas, TX 75265-3030 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Stone Brewing Company<br>1999 Citracado Parkway<br>Escondido, CA 92029 |

Sheet  __1__  of  __3__  continuation sheets attached to the Schedule of Codebtors

In re    **PB Redell, Inc., a California corporation**                                    Case No. __**12-15328-MM11**__
                                                            Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Sysco Foodservices of SD<br>P.O. Box 509101<br>San Diego, CA 92150-9101 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Pro Edge Knife<br>7431 Mission Gorge Road<br>San Diego, CA 92120 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Radiant Systems<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Rainbow Distributing<br>2065 Kurtz Street<br>San Diego, CA 92110-2014 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Southern  Wine & Spirits<br>File 56002<br>Los Angeles, CA 90074-6002 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Home Depot<br>P.O. Box 183175<br>Columbus, OH 43218-3175 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Impact<br>1590 Gilbreth Road<br>Burlingame, CA 94010 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | ISOTECH Pest Management<br>P.O. Box 4215<br>Covina, CA 91723 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Jack's Cocktail&Tavern Supply<br>6302 Federal Blvd.<br>San Diego, CA 92114 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Karl Strauss Breweries<br>5985 Santa Fe Street<br>San Diego, CA 92109 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Le Fe Tortilleria<br>P.O. Box 787<br>San Marcos, CA 92079 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Mission Linen<br>2727 Industry Street<br>Oceanside, CA 92054-4810 |
| Roger Lee<br>2428 Wilbur Avenue<br>San Diego, CA 92109 | Pacific Shellfish<br>5040 Cass Street<br>San Diego, CA 92109 |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re      **PB Redell, Inc., a California corporation**                                    Case No.    **12-15328-MM11**
                                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roger Lee**<br>**2428 Wilbur Avenue**<br>**San Diego, CA 92109** | **PG Fund 1, LLC**<br>**P.O. Box 2737**<br>**Anaheim, CA 92809-0112** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **PB Redell, Inc., a California corporation**                                    Case No.   **12-15328-MM11**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **PB Redell, Inc., a California corporation**                                         Case No.   **12-15328-MM11**
_____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|    a. Are real estate taxes included?              Yes ___      No **X** | | |
|    b. Is property insurance included?              Yes ___      No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 0.00 |
|                  b. Water and sewer | | $ 0.00 |
|                  c. Telephone | | $ 0.00 |
|                  d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 0.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                  a. Homeowner's or renter's | | $ 0.00 |
|                  b. Life | | $ 0.00 |
|                  c. Health | | $ 0.00 |
|                  d. Auto | | $ 0.00 |
|                  e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|           (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                  a. Auto | | $ 0.00 |
|                  b. Other _____ | | $ 0.00 |
|                  c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
|      Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)       $ 0.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | | $ 0.00 |
| b.   Average monthly expenses from Line 18 above | | $ 0.00 |
| c.   Monthly net income (a. minus b.) | | $ 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **PB Redell, Inc., a California corporation**

Debtor(s)

Case No.   **12-15328-MM11**

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **33** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 3, 2012**

Signature   **/s/ Marianne R. Carson**
**Marianne R. Carson**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of California

In re    **PB Redell, Inc., a California corporation**             Case No.    **12-15328-MM11**

                                 Debtor(s)             Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,392,362.00** | **2012 YTD: Debtor Customer Sales of Food and Beverages** |
| **$5,141,824.00** | **2011: Debtor Customer Sales of Food and Beverages** |
| **$5,903,059.00** | **2010: Debtor Customer Sales of Food and Beverages** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **To be Supplemented by 12/07/2012** | | **$0.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Schedule B** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Attached Schedule C** | | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION **See Attached Schedule D** | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| John L. Smaha<br>SMAHA LAW GROUP<br>7860 Mission Center Court, Ste. 100<br>San Diego, CA 92108 | 12/13/2011-$1,000; 01/04/2012-$1,204.50;<br>01/17/2012-$1,000; 03/06/2012-$1,000;<br>05/31/2012-$500; 05/31/2012-$500;<br>07/12/2012-$1,216.70; 09/05/2012-$500;<br>09/05/2012-$1,000; 09/18/2012-$500;<br>10/19/2012-$496.55; 11/19/2012-$5,000;<br>11/19/2012-$30,000 | |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

#### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

#### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Pacific Beach Bar & Grill**<br>**860 Garnet Avenue**<br>**San Diego, CA 92109** | | **02/28/2011** | **S.D.M.C VI, 4, 7**<br>**(Control of grease**<br>**discharge into sewer)** |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Roger Lee (Bookkeeper)**<br>**2428 Wilbur Avenue**<br>**San Diego, CA 92109** | **November 19, 2010 to Novemberr 18, 2012** |
| **Marci Neff (Bookkeeper)**<br>**P.O. Box 1964**<br>**La Jolla, CA 92038-1964** | **November 19, 2010 to November 18, 2012** |
| **Oliva, Goddard & Wright (Accountant)**<br>**9333 Genesee Avenue, Ste. 100**<br>**San Diego, CA 92121** | **April 1, 2012 to November 18, 2012** |
| **George Kilcrease (Accountant)**<br>**4155 Middlesex Drive**<br>**San Diego, CA 92116** | **November 19, 2010 to April 1, 2012** |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Oliva, Goddard & Wright (Accountant) | 9333 Genesee Avenue, Ste. 100 San Diego, CA 92121 | April 1, 2012 to November 18, 2012 |
| George Kilcrease (Accountant) | 4155 Middlesex Drive San Diego, CA 92116 | November 19, 2010 to April 1, 2012 |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Roger Lee (Bookkeeper) | 2428 Wilbur Avenue San Diego, CA 92109 |
| Marci Neff | P.O. Box 1964 La Jolla, CA 92038-1964 |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Bank of Southern California 12265 El Camino Real, Ste. 100 San Diego, CA 92130 | June 2012 |
| Wells Fargo Bank 4365 Executive DRive, 17th Flr. San Diego, CA 92121 | October 2012 |
| PG Fund, LLC 90 North Coast Highway 101, Ste. 315 Encinitas, CA 92024 | September 2012 |
| CDC Small Business Finance 2448 Historic Decatur Rd., Ste. 200 San Diego, CA 92101 | June 2012 |
| Internal Revenue Service 880 Front Street San Diego, CA 92101 | June 2012 |
| Employment Development Dept. P.O. Box 989150-MIC 92F West Sacramento, CA 95798-9150 | June 2012 |

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| January 1, 2011 | Roger Lee | $2,469,982.20 |
| January 3, 2010 | Roger Lee | $2,550,887.10 |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| January 1, 2011 | Roger Lee 860 Garnet Avenue San Diego, CA 92109 |

8

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **January 3, 2010** | **Roger Lee**<br>**860 Garnet Avenue**<br>**San Diego, CA 92109** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Marianne Carson**<br>**860 Garnet Avenue**<br>**San Diego, CA 92109** | **President** | **No Ownership** |
| **Marcia Nordstrom**<br>**860 Garnet Avenue**<br>**San Diego, CA 92109** | **Secretary/Treasurer/Director** | **31.67%** |
| **Mike Lee**<br>**2426 Wilbur Avenue**<br>**San Diego, CA 92109** | **Restructuring Officer/Director** | **31.67%** |
| **Roger Lee**<br>**2428 Wilbur Avenue**<br>**San Diego, CA 92109** | **Director** | **31.67%** |
| **Sam Lee**<br>**4238 Mesa Street**<br>**Torrance, CA 90505** | | **5.00%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Donna Edwards**<br>**6464 Mesa Norte Drive**<br>**San Diego, CA 92109** | **President/Director** | **November 14, 2012** |
| **Roger Lee**<br>**2428 Wilbur Avenue**<br>**San Diego, CA 92109** | **Vide President/Director** | **November 14, 2012** |

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See Attached Schedule F** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **December 3, 2012**      Signature   **/s/ Marianne R. Carson**
                                                     **Marianne R. Carson**
                                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# SCHEDULE B

# PB Redell 2012
## Schedule B - Payments to Insiders
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Account Descriptio | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|--------------------|------------------|--------------|---------------|
| 2/6/12 | 9141 | 25300 | Payable-Roger Lee | Loan Repayment | 6,000.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | 6,000.00 |
| 2/12/12 | 9145 | 25300 | Payable-Roger Lee | Loan Repayment | 2,000.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | 2,000.00 |
| 4/2/12 | BSC 040212 | 25300 | Payable-Roger Lee | | 1,000.00 | |
| | | 10900 | Bank-Bank of So Cal | Bank of America | | 1,000.00 |
| 4/2/12 | BSC 040212 | 12200 | Receivable-Marcia Le | Amex Card | 212.30 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 212.30 |
| 4/6/12 | BSC 040612 | 12200 | Receivable-Marcia Le | Amex Marcia | 717.86 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 717.86 |
| 4/12/12 | BSC 041212 | 25300 | Payable-Roger Lee | Chase Roger | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 2,000.00 |
| 4/26/12 | BSC 042612 | 25300 | Payable-Roger Lee | Chase Roger | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 2,000.00 |
| 5/1/12 | BSC 050112 | 25300 | Payable-Roger Lee | Bof A Card | 500.00 | |
| | | 10900 | Bank-Bank of So Cal | Bank of America | | 500.00 |
| 5/7/12 | 9180 | 25300 | Payable-Roger Lee | Loan repayment | 7,000.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | 7,000.00 |
| 5/7/12 | BSC 050712 | 12200 | Receivable-Marcia Le | Amex Marcia | 535.83 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 535.83 |
| 5/16/12 | BSC 051612 | 25300 | Payable-Roger Lee | SDGE | 102.82 | |
| | | 25300 | Payable-Roger Lee | SDGE | 297.19 | |
| | | 68200 | Utilities | SDGE | 249.50 | |
| | | 10900 | Bank-Bank of So Cal | SDGE | | 649.51 |
| 5/22/12 | BSC 052212 | 25300 | Payable-Roger Lee | Water | 216.25 | |
| | | 25300 | Payable-Roger Lee | Water | 270.18 | |
| | | 25300 | Payable-Roger Lee | Water | 284.58 | |
| | | 10900 | Bank-Bank of So Cal | City of San Diego | | 771.01 |
| 5/29/12 | BSC 052912 | 25300 | Payable-Roger Lee | Chase Roger | 2,022.62 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 2,022.62 |
| 6/6/12 | BSC 060612 | 12200 | Receivable-Marcia Le | Amex Marcia | 634.75 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 634.75 |
| 6/7/12 | BSC 060712 | 25300 | Payable-Roger Lee | On Account | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 2,000.00 |
| 6/19/12 | BSC 061912 | 25300 | Payable-Roger Lee | | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 2,000.00 |
| 7/2/12 | BSC 070212 | 12200 | Receivable-Marcia Le | Amex Donna | 104.83 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 104.83 |
| 7/6/12 | BSC 070612 | 12200 | Receivable-Marcia Le | Donna | 993.67 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 993.67 |
| 7/9/12 | BSC 070912 | 25300 | Payable-Roger Lee | Roger | 1,000.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 1,000.00 |
| 7/10/12 | BSC 071012 | 25300 | Payable-Roger Lee | | 669.00 | |
| | | 10900 | Bank-Bank of So Cal | Bank of America | | 669.00 |

11/24/12 at 14:38:51.95                                                                                             Page: 2

# PB Redell 2012
## Schedule B - Payments to Insiders
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Account Descriptio | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 7/12/12 | 9222 | 25300 | Payable-Roger Lee | | 1,500.00 | |
| | | 10900 | Bank-Union Regular | Roger Lee | | 1,500.00 |
| 7/17/12 | BSC 071712 | 25300 | Payable-Roger Lee | | 635.00 | |
| | | 10900 | Bank-Bank of So Cal | SDGE | | 635.00 |
| 7/23/12 | 43993 | 25300 | Payable-Roger Lee | | 600.00 | |
| | | 10900 | Bank-Bank of So Cal | Roger Lee | | 600.00 |
| 7/23/12 | BSC 072312 | 25300 | Payable-Roger Lee | | 969.94 | |
| | | 10900 | Bank-Bank of So Cal | City of San Diego | | 969.94 |
| 7/30/12 | BSC 073012 | 25300 | Payable-Roger Lee | | 1,000.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 1,000.00 |
| 8/6/12 | BSC 080612 | 12200 | Receivable-Marcia Le | Amex Donna | 867.33 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 867.33 |
| 8/7/12 | BSC 080712 | 25300 | Payable-Roger Lee | Chase Roger | 1,500.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 1,500.00 |
| 8/9/12 | 44053 | 12200 | Receivable-Marcia Le | Marcia Nordstrom returned check | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal | VOIDED CHECK | | 2,100.00 |
| 8/14/12 | 44053V | 12200 | Receivable-Marcia Le | Marcia Nordstrom returned check | | 2,100.00 |
| | | 10900 | Bank-Bank of So Cal | VOIDED CHECK | 2,100.00 | |
| 8/14/12 | BSC 081412 | 25300 | Payable-Roger Lee | BofA Roger | 743.00 | |
| | | 10900 | Bank-Bank of So Cal | Bank of America | | 743.00 |
| 8/14/12 | BSC 081412 | 25300 | Payable-Roger Lee | Chase Roger | 1,500.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 1,500.00 |
| 8/15/12 | BSC 081512 | 25300 | Payable-Roger Lee | | 130.20 | |
| | | 25300 | Payable-Roger Lee | | 171.36 | |
| | | 25300 | Payable-Roger Lee | | 305.51 | |
| | | 10900 | Bank-Bank of So Cal | SDGE | | 607.07 |
| 8/20/12 | BSC 082012 | 25300 | Payable-Roger Lee | Chase Roger | 1,500.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 1,500.00 |
| 8/30/12 | BSC 083012 | 25300 | Payable-Roger Lee | | 238.59 | |
| | | 10900 | Bank-Bank of So Cal | DirecTV | | 238.59 |
| 9/4/12 | BSC 090412 | 12200 | Receivable-Marcia Le | Amex Donna | 429.38 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 429.38 |
| 9/5/12 | BSC 090512 | 12200 | Receivable-Marcia Le | | 496.68 | |
| | | 10900 | Bank-Bank of So Cal | Amex | | 496.68 |
| 9/8/12 | 9286 | 27900 | Shareholder Distribut | | 2,100.00 | |
| | | 25300 | Payable-Roger Lee | Less SDGE | | 607.07 |
| | | 10500 | Bank-Union Regular | Roger Lee | | 1,492.93 |
| 9/13/12 | BSC 091312 | 25300 | Payable-Roger Lee | SDGE | 103.82 | |
| | | 25300 | Payable-Roger Lee | SDGE | 132.78 | |
| | | 25300 | Payable-Roger Lee | SDGE | 385.45 | |
| | | 10900 | Bank-Bank of So Cal | SDGE | | 622.05 |
| 9/17/12 | BSC 091712 | 25300 | Payable-Roger Lee | Bank of America Roger | 500.00 | |
| | | 10900 | Bank-Bank of So Cal | Bank of America | | 500.00 |

# PB Redell 2012
## Schedule B - Payments to Insiders
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Account Descriptio | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|--------------------|------------------|-------------:|--------------:|
| 9/20/12 | BSC 092012 | 25300 | Payable-Roger Lee | | 1,056.00 | |
| | | 10900 | Bank-Bank of So Cal | Cardmember Services | | 1,056.00 |
| 9/21/12 | 9288 | 27900 | Shareholder Distribut | | 2,100.00 | |
| | | 25300 | Payable-Roger Lee | SDGE | | 622.05 |
| | | 10500 | Bank-Union Regular | Roger Lee | | 1,477.95 |
| 9/21/12 | BSC 092112 | 25300 | Payable-Roger Lee | September 2012 | 217.97 | |
| | | 25300 | Payable-Roger Lee | September 2012 | 257.41 | |
| | | 25300 | Payable-Roger Lee | September 2012 | 919.66 | |
| | | 10900 | Bank-Bank of So Cal | City of San Diego | | 1,395.04 |
| 10/8/12 | 44472 | 12200 | Receivable-Marcia Le | Reimburse deposit 10/05/12 | 3,000.00 | |
| | | 10900 | Bank-Bank of So Cal | PB Development | | 3,000.00 |
| 11/2/12 | BSC 110212 | 25300 | Payable-Roger Lee | | 500.00 | |
| | | 10900 | Bank-Bank of So Cal | Bank of America | | 500.00 |
| 11/14/12 | BSC 111412 | 25300 | Payable-Roger Lee | Roger | 161.13 | |
| | | 25300 | Payable-Roger Lee | Roger | 182.98 | |
| | | 25300 | Payable-Roger Lee | Roger | 389.37 | |
| | | 10900 | Bank-Bank of So Cal | SDGE | | 733.48 |
| | **Total** | | | | **61,604.94** | **61,604.94** |

# SCHEDULE C

**PB Redell 2012**
**Schedule C - Seized Property**
**For the Period From Nov 18, 2011 to Nov 17, 2012**

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Date. Report is printed in

| Date | Check # | Account ID | Account Description | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|---------------------|------------------|--------------|---------------|
| 4/2/12 | 99350091 | 23600 | Sales Tax Payable | BOE Levy | 3,558.16 | |
| | | 10500 | Bank-Union Regular | Board of Equalization | | 3,558.16 |
| 4/2/12 | BSC 040212 | 23600 | Sales Tax Payable | BOE Levy | 1,347.57 | |
| | | 10900 | Bank-Bank of So Cal R | Board of Equalization | | 1,347.57 |
| 4/2/12 | BSC P/R 040213 | 23600 | Sales Tax Payable | BOE Levy | 4,127.54 | |
| | | 10980 | Bank-Bank of So Cal P | Board of Equalization | | 4,127.54 |
| 4/16/12 | BSC 041612 | 23600 | Sales Tax Payable | BOE Levy | 20,613.10 | |
| | | 10900 | Bank-Bank of So Cal R | Board of Equalization | | 20,613.10 |
| 4/17/12 | 99350088 | 23600 | Sales Tax Payable | BOE Levy | 2,107.21 | |
| | | 10500 | Bank-Union Regular | Board of Equalization | | 2,107.21 |
| 7/18/12 | BOE Levy 0712 | 23600 | Sales Tax Payable | BOE Levy on Amex thru july 31, 2012 | 13,863.57 | |
| | | 10500 | Bank-Union Regular | Board of Equalization | | 13,863.57 |
| 7/31/12 | BOE Levy 0712 | 23600 | Sales Tax Payable | Levy on World ATM | 12,920.00 | |
| | | 10500 | Bank-Union Regular | Board of Equalization | | 12,920.00 |
| 8/2/12 | Amex 072912 | 23600 | Sales Tax Payable | BOE Levy | 543.57 | |
| | | 10500 | Bank-Union Regular | Board of Equalization | | 543.57 |
| 8/31/12 | Levy 083112 | 23600 | Sales Tax Payable | BOE Levy August 2012 | 7,680.00 | |
| | | 10500 | Bank-Union Regular | Board of Equalization | | 7,680.00 |
| 10/4/12 | 99350184 | 21700 | Federal Payroll Tax Dep | Legal Process | 5,603.36 | |
| | | 10500 | Bank-Union Regular | Internal Revenue Service | | 5,603.36 |
| **Total** | | | | | **72,364.08** | **72,364.08** |

# SCHEDULE D

# PB Redell 2012
## Schedule D - Gifts / Donations
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: 55000. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Account Description | Line Description | Address Line 1<br>Address Line 2<br>City ST ZIP | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 2/23/12 | 43399 | 55000<br>10900 | Contributions<br>Bank-Bank of So Cal R | Donation 2012<br>Mission Bay Little League | | 200.00 | 200.00 |
| 3/8/12 | 43393 | 55000<br>10900 | Contributions<br>Bank-Bank of So Cal R | Golf Tournament 2011<br>Discover Pacific Beach | 1503 Garnet Ave<br><br>San Diego, CA  92109 | 2,572.00 | 2,572.00 |
| 3/8/12 | 43394 | 55000<br>10900 | Contributions<br>Bank-Bank of So Cal R | 2011 Football donation<br>Univ of Michigan Club of San D | c/o Matthew Kinney<br>615 Fredricks Ave Unit 119<br>Oceanside, CA  92058 | 2,906.75 | 2,906.75 |
| 3/8/12 | 43395 | 55000<br>10900 | Contributions<br>Bank-Bank of So Cal R | 2011 Football donation<br>UWAA San Diego | c/o Don Sciascia<br>2855 Worden St<br>San Diego, CA  92110 | 806.11 | 806.11 |
| 3/8/12 | 43396 | 55000<br>10900 | Contributions<br>Bank-Bank of So Cal R | 2011 Football Season<br>Uof Georgia Alumni Assn | University of Georgia<br>298 South Hull Street<br>Athens, GA  30602-5011 | 309.03 | 309.03 |
| 3/8/12 | 43397 | 55000<br>10900 | Contributions<br>Bank-Bank of So Cal R | 2011 Football Season<br>UTNAA Special Activities | Tyson Alumni House<br>1609 Melrose Ave<br>Knoxville, TN  37996-3550 | 264.61 | 264.61 |
| 3/8/12 | 43398 | 55000<br>10900 | Contributions<br>Bank-Bank of So Cal R | 2011 Football Season<br>KState Athletics - Athearn Fun | Michael Anguiano<br>4585 1/2 68th St<br>La Mesa, CA  91942 | 354.19 | 354.19 |
| 6/21/12 | Donation 0621 | 55000<br><br>10200 | Contributions<br><br>Cash on Hand | Donation to Sandbar Golf<br>Tournament<br>Donations | | 100.00 | 100.00 |
| 10/12/12 | 44483 | 40800<br>55000<br><br>10900 | Purchases-Food<br>Contributions<br><br>Bank-Bank of So Cal R | Fire Run 2011 - refund<br>Fire Run 2012 Sponsorship fee -<br>Thank you.<br>End of Summer Run | 7801 Mission Center Court<br>Suite 204<br>San Diego, CA  92108 | 687.00<br>1,500.00 | 2,187.00 |
| | **Total** | | | | | **9,699.69** | **9,699.69** |

# SCHEDULE F

# PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|------|---------|------------|---------------------|------------------|-------------|--------------|---------------|
| 10/8/12 | 44472 | 12200 | Receivable-Marcia Lee | Reimburse deposit 10/05/12 | | 3,000.00 | |
| | | 10900 | Bank-Bank of So Cal Regi PB Development | | | | 3,000.00 |
| 4/2/12 | BSC 040212 | 12200 | Receivable-Marcia Lee | Amex Card | personal | 212.30 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 212.30 |
| 4/6/12 | BSC 040612 | 12200 | Receivable-Marcia Lee | Amex Marcia | personal | 717.86 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 717.86 |
| 5/2/12 | BSC 050212 | 25400 | Payable-Donna Edwards | American Express Donna | personal | 199.83 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 199.83 |
| 5/7/12 | BSC 050712 | 12200 | Receivable-Marcia Lee | Amex Marcia | personal | 535.83 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 535.83 |
| 6/4/12 | BSC 060412 | 25400 | Payable-Donna Edwards | Amex Donna | personal | 345.94 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 345.94 |
| 6/6/12 | BSC 060612 | 12200 | Receivable-Marcia Lee | Amex Marcia | personal | 634.75 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 634.75 |
| 7/2/12 | BSC 070212 | 12200 | Receivable-Marcia Lee | Amex Donna | personal | 104.83 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 104.83 |
| 7/6/12 | BSC 070612 | 12200 | Receivable-Marcia Lee | Donna | personal | 993.67 | |
| | | 10900 | Bank-Bank of So Cal Regi Amex | | | | 993.67 |

Page: 2

# PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 8/6/12 | BSC 080612 | 12200<br>10900 | Receivable-Marcia Lee<br>Bank-Bank of So Cal Regi | Amex Donna<br>Amex | personal | 867.33 | 867.33 |
| 9/4/12 | BSC 090412 | 12200<br>10900 | Receivable-Marcia Lee<br>Bank-Bank of So Cal Regi | Amex Donna<br>Amex | personal | 429.38 | 429.38 |
| 9/5/12 | BSC 090512 | 12200<br>10900 | Receivable-Marcia Lee<br>Bank-Bank of So Cal Regi | Amex | personal | 496.68 | 496.68 |
| 4/2/12 | BSC 040212 | 25300<br>10900 | Payable-Roger Lee<br>Bank-Bank of So Cal Regi | Bank of America | reimburse for credit card<br>purchases | 1,000.00 | 1,000.00 |
| 5/1/12 | BSC 050112 | 25300<br>10900 | Payable-Roger Lee<br>Bank-Bank of So Cal Regi | Bof A Card<br>Bank of America | reimburse for credit card<br>purchases | 500.00 | 500.00 |
| 7/10/12 | BSC 071012 | 25300<br>10900 | Payable-Roger Lee<br>Bank-Bank of So Cal Regi | Bank of America | reimburse for credit card<br>purchases | 669.00 | 669.00 |
| 8/14/12 | BSC 081412 | 25300<br>10900 | Payable-Roger Lee<br>Bank-Bank of So Cal Regi | BofA Roger<br>Bank of America | reimburse for credit card<br>purchases | 743.00 | 743.00 |
| 9/17/12 | BSC 091712 | 25300<br>10900 | Payable-Roger Lee<br>Bank-Bank of So Cal Regi | Bank of America<br>Roger<br>Bank of America | reimburse for credit card<br>purchases | 500.00 | 500.00 |

Page: 3

# PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 11/2/12 | BSC 110212 | 25300 | Payable-Roger Lee | Bank of America | reimburse for credit card purchases | 500.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | | | | 500.00 |
| 4/12/12 | BSC 041212 | 25300 | Payable-Roger Lee | Chase Roger Cardmember | reimburse for credit card purchases | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Services | | | 2,000.00 |
| 4/26/12 | BSC 042612 | 25300 | Payable-Roger Lee | Chase Roger Cardmember | reimburse for credit card purchases | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Services | | | 2,000.00 |
| 5/29/12 | BSC 052912 | 25300 | Payable-Roger Lee | Chase Roger Cardmember | reimburse for credit card purchases | 2,022.62 | |
| | | 10900 | Bank-Bank of So Cal Reg | Services | | | 2,022.62 |
| 6/7/12 | BSC 060712 | 25300 | Payable-Roger Lee | On Account Cardmember | reimburse for credit card purchases | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Services | | | 2,000.00 |
| 6/19/12 | BSC 061912 | 25300 | Payable-Roger Lee | Cardmember | reimburse for credit card purchases | 2,000.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Services | | | 2,000.00 |
| 7/9/12 | BSC 070912 | 25300 | Payable-Roger Lee | Roger | reimburse for credit card purchases | 1,000.00 | |

## PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|------|---------|-----------|---------------------|-----------------|-------------|-------------|--------------|
| | | 10900 | Bank-Bank of So Cal Reg Services | Cardmember | | | 1,000.00 |
| 7/30/12 | BSC 073012 | 25300 | Payable-Roger Lee | reimburse for credit card purchases | | 1,000.00 | |
| | | 10900 | Bank-Bank of So Cal Reg Services | Chase Roger Cardmember | | | 1,000.00 |
| 8/7/12 | BSC 080712 | 25300 | Payable-Roger Lee | reimburse for credit card purchases | | 1,500.00 | |
| | | 10900 | Bank-Bank of So Cal Reg Services | Chase Roger Cardmember | | | 1,500.00 |
| 8/14/12 | BSC 081412 | 25300 | Payable-Roger Lee | reimburse for credit card purchases | | 1,500.00 | |
| | | 10900 | Bank-Bank of So Cal Reg Services | Chase Roger Cardmember | | | 1,500.00 |
| 8/20/12 | BSC 082012 | 25300 | Payable-Roger Lee | reimburse for credit card purchases | | 1,500.00 | |
| | | 10900 | Bank-Bank of So Cal Reg Services | Cardmember | | | 1,056.00 |
| 9/20/12 | BSC 092012 | 25300 | Payable-Roger Lee | reimburse for credit card purchases | | 1,056.00 | |
| 9/21/12 | BSC 092112 | 25300 | Payable-Roger Lee | September 2012 | | 217.97 | |
| | | 25300 | Payable-Roger Lee | September 2012 | | 257.41 | |
| | | 25300 | Payable-Roger Lee | September 2012 | | 919.66 | |

## PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| | | 10900 | Bank-Bank of So Cal Regi Diego | City of San Diego | | | 1,395.04 |
| 5/22/12 | BSC 052212 | 25300 | Payable-Roger Lee | Water | reimburse for credit card purchases | 216.25 | |
| | | 25300 | Payable-Roger Lee | Water | | 270.18 | |
| | | 25300 | Payable-Roger Lee | Water | | 284.58 | |
| | | 10900 | Bank-Bank of So Cal Regi Diego | City of San Diego | | | 771.01 |
| 7/23/12 | BSC 072312 | 25300 | Payable-Roger Lee | | reimburse for credit card purchases | 969.94 | |
| | | 10900 | Bank-Bank of So Cal Regi Diego | City of San Diego | | | 969.94 |
| 8/30/12 | BSC 083012 | 25300 | Payable-Roger Lee | | reimburse for credit card purchases | | |
| | | 10900 | Bank-Bank of So Cal Regi DirecTV | | | 238.59 | 238.59 |
| 6/2/12 | 43762 | 27900 | Shareholder Distributions | Pay period 05.14.12- 05.27.12 Nordstrom, | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regi Marcia | Nordstrom, | | | 2,100.00 |
| 6/16/12 | 43804 | 27900 | Shareholder Distributions | Nordstrom, | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regi Marcia | Nordstrom, | | | 2,100.00 |
| 6/30/12 | 43939 | 27900 | Shareholder Distributions | 06.24.12 Nordstrom, | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regi Marcia | Nordstrom, | | | 2,100.00 |

# PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 7/13/12 | 43965 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,100.00 |
| 7/27/12 | 44005 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,100.00 |
| 8/10/12 | 44262 | 27900 | Shareholder Distributions | Replace 44053 | | 2,100.00 | |
| | | 54000 | Bank Charges | | | 6.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,106.00 |
| 8/24/12 | 44222 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,100.00 |
| 9/8/12 | 44297 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,100.00 |
| 9/21/12 | 44365 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,100.00 |
| 10/5/12 | 44434 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,100.00 |
| 10/19/12 | 44515 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Nordstrom, Marcia | | | 2,100.00 |

# PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|------|---------|-----------|---------------------|------------------|-------------|--------------|---------------|
| 11/2/12 | 44590 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Nordstrom, Marcia | | | 2,100.00 |
| 5/19/12 | 43760 | 27900 | Shareholder Distributions | Pay period 04.30.12 - 05.13.12 | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Mike Lee | | | 2,100.00 |
| 6/2/12 | 43761 | 27900 | Shareholder Distributions | Pay Period 05.13.12 - 05.27.12 | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Mike Lee | | | 2,100.00 |
| 6/16/12 | 43803 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Mike Lee | | | 2,100.00 |
| 6/30/12 | 43938 | 27900 | Shareholder Distributions | 06.24.12 | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Mike Lee | | | 2,100.00 |
| 7/13/12 | 43966 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Mike Lee | | | 2,100.00 |
| 7/27/12 | 44004 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Mike Lee | | | 2,100.00 |
| 8/7/12 | 44044 | 27900 | Shareholder Distributions | Pay period 08/11/2012 | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Mike Lee | | | 2,100.00 |

**PB Redell 2012**
**Schedule F - Withdrawals From Corporation**
**For the Period From Nov 18, 2011 to Nov 17, 2012**

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|------|---------|-----------|---------------------|-----------------|-------------|--------------|---------------|
| 8/24/12 | 44223 | 27900<br>10900 | Shareholder Distributions<br>Bank-Bank of So Cal Regi Mike Lee | | | 2,100.00 | 2,100.00 |
| 9/8/12 | 44296 | 27900<br>10900 | Shareholder Distributions<br>Bank-Bank of So Cal Regi Mike Lee | | | 2,100.00 | 2,100.00 |
| 9/21/12 | 44364 | 27900<br>10900 | Shareholder Distributions<br>Bank-Bank of So Cal Regi Mike Lee | | | 2,100.00 | 2,100.00 |
| 10/5/12 | 44432 | 27900<br>10900 | Shareholder Distributions<br>Bank-Bank of So Cal Regi Mike Lee | | | 2,100.00 | 2,100.00 |
| 10/19/12 | 44516 | 27900<br>10900 | Shareholder Distributions<br>Bank-Bank of So Cal Regi Mike Lee | | | 2,100.00 | 2,100.00 |
| 11/2/12 | 44588 | 27900<br>10900 | Shareholder Distributions<br>Bank-Bank of So Cal Regi Mike Lee | | | 2,100.00 | 2,100.00 |
| 2/6/12 | 9141 | 26300<br>10500 | Payable-Roger Lee<br>Bank-Union Regular | Loan<br>Repayment<br>Roger Lee, | | 6,000.00 | 6,000.00 |
| 2/12/12 | 9145 | 26300<br>10500 | Payable-Roger Lee<br>Bank-Union Regular | Loan<br>Repayment<br>Roger Lee | | 2,000.00 | 2,000.00 |
| 5/7/12 | 43711 | 27900<br>10900 | Shareholder Distributions<br>Bank-Bank of So Cal Regi Roger Lee | | | 2,000.00 | 2,000.00 |

# PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| | | | | City ST ZIP | | |
| 5/7/12 | 9180 | 25300 | Payable-Roger Lee | Loan repayment | 7,000.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | 7,000.00 |
| | | | | reimburse for credit card purchases | | |
| 6/4/12 | 43774 | 27900 | Shareholder Distributions | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Roger Lee | | 2,100.00 |
| 6/11/12 | 43787 | 27900 | Shareholder Distributions | 061612 | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Roger Lee | | 2,100.00 |
| 7/11/12 | 9221 | 27900 | Shareholder Distributions | 0630 | 1,900.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | 1,900.00 |
| 7/12/12 | 9222 | 25300 | Payable-Roger Lee | | 1,500.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | 1,500.00 |
| 7/13/12 | 43967 | 27900 | Shareholder Distributions | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Roger Lee | | 2,100.00 |
| 7/23/12 | 43993 | 25300 | Payable-Roger Lee | | 600.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Roger Lee | | 600.00 |
| 7/27/12 | 44006 | 27900 | Shareholder Distributions | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regu | Roger Lee | | 2,100.00 |
| 8/8/12 | 9234 | 27900 | Shareholder Distributions | 08/10/2012 | 2,100.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | 2,100.00 |

12/3/2012 at 3:13 PM

## PB Redell 2012
### Schedule F - Withdrawals From Corporation
#### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | City ST ZIP | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 8/14/12 | 43967 | 27900 | Shareholder Distributions | Redeposit returned check 08/14/12 | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Roger Lee | | | 2,100.00 |
| 8/15/12 | 9243 | 27900 | Shareholder Distributions | replace 43967 that was returned | | 2,100.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | | 2,100.00 |
| 8/24/12 | 9246 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | | 2,100.00 |
| 9/8/12 | 9286 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 25300 | Payable-Roger Lee | Less SDGE | | | 607.07 |
| | | 10500 | Bank-Union Regular | Roger Lee | | | 1,492.93 |
| 9/21/12 | 9288 | 27900 | Shareholder Distributions | reimburse for credit card purchases | | 2,100.00 | |
| | | 25300 | Payable-Roger Lee | SDGE | | | 622.05 |
| | | 10500 | Bank-Union Regular | Roger Lee | | | 1,477.95 |
| 9/30/12 | 9268 | 27900 | Shareholder Distributions | | | 500.00 | |
| | | 10500 | Bank-Union Regular | Roger Lee | | | 500.00 |
| 10/5/12 | 44433 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Roger Lee | | | 2,100.00 |
| 10/19/12 | 44517 | 27900 | Shareholder Distributions | | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Reg | Roger Lee | | | 2,100.00 |

**PB Redell 2012**
**Schedule F - Withdrawals From Corporation**
**For the Period From Nov 18, 2011 to Nov 17, 2012**

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|---------------------|-----------------|-------------|---------------|
| | | | | City ST ZIP | | |
| 11/2/12 | 44589 | 27900 | Shareholder Distributions | | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regi Roger Lee | | | 2,100.00 |
| 5/16/12 | BSC 051612 | 25300 | Payable-Roger Lee | SDGE | 102.82 | |
| | | 25300 | Payable-Roger Lee | SDGE   reimburse for credit card | 297.19 | |
| | | 68200 | Utilities | SDGE   purchases | 249.50 | |
| | | 10900 | Bank-Bank of So Cal Regi | SDGE | | 649.51 |
| 7/17/12 | BSC 071712 | 25300 | Payable-Roger Lee | reimburse for credit card | 635.00 | |
| | | 10900 | Bank-Bank of So Cal Regi | SDGE   purchases | | 635.00 |
| 8/15/12 | BSC 081512 | 25300 | Payable-Roger Lee | | 130.20 | |
| | | 25300 | Payable-Roger Lee | | 171.36 | |
| | | 25300 | Payable-Roger Lee | reimburse for credit card | 305.51 | |
| | | 10900 | Bank-Bank of So Cal Regi | SDGE   purchases | | 607.07 |
| 9/13/12 | BSC 091312 | 25300 | Payable-Roger Lee | SDGE | 103.82 | |
| | | 25300 | Payable-Roger Lee | SDGE | 132.78 | |
| | | 25300 | Payable-Roger Lee | SDGE   reimburse for credit card | 385.45 | |
| | | 10900 | Bank-Bank of So Cal Regi | SDGE   purchases | | 622.05 |
| 11/14/12 | BSC 111412 | 25300 | Payable-Roger Lee | Roger | 161.13 | |
| | | 25300 | Payable-Roger Lee | Roger | 182.98 | |
| | | 25300 | Payable-Roger Lee | Roger   reimburse for credit card | 389.37 | |
| | | 10900 | Bank-Bank of So Cal Regi | SDGE   purchases | | 733.48 |
| 8/9/12 | 44053 | 12200 | Receivable-Marcia Lee | Nordstrom   VOIDED | 2,100.00 | |
| | | 10900 | Bank-Bank of So Cal Regi | CHECK   XXXXXXX, XX XXXXX | | 2,100.00 |

## PB Redell 2012
## Schedule F - Withdrawals From Corporation
### For the Period From Nov 18, 2011 to Nov 17, 2012

Filter Criteria includes: 1) GL Account ID: Multiple IDs. Report order is by Vendor ID. Rep

| Date | Check # | Account ID | Account Description | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|---------------------|------------------|--------------|---------------|
| | | | | City ST ZIP | | |
| 8/14/12 | 44053V | 12200 | Receivable-Marcia Lee | Nordstrom VOIDED | | 2,100.00 |
| | | 10900 | Bank-Bank of So Cal Regi | CHECK | 2,100.00 | |
| | | | | XXXXXXX, XX  XXXXX | | |
| Total | | | | | 142,156.71 | 142,156.71 |

## PB Redell 2012
## First Business Bank - Payroll Register
For the Period From Nov 19, 2011 to Dec 31, 2011

Filter Criteria includes: 1) Employee IDs: Multiple IDs. Report order is by Check Date. Report i

| Employee | Masked SS No | Reference | Date | Pay Type | Pay Amt | Gross | Amount |
|---|---|---|---|---|---|---|---|
| Mike Lee | XXXXX8137 | 14092 | 11/19/11 | Officer | 2,700.00 | 2,700.00 | 2,099.16 |
| Paul Nordstrom | XXXXX1640 | 14111 | 11/19/11 | Manager | 2,450.00 | 2,450.00 | 1,920.28 |
| Marcia Nordstrom | XXXXX8135 | 14140 | 11/19/11 | Officer | 3,100.00 | 3,100.00 | 1,368.66 |
| Mike Lee | XXXXX8137 | 14193 | 12/3/11 | Officer | 2,700.00 | 2,700.00 | 2,099.16 |
| Paul Nordstrom | XXXXX1640 | 14211 | 12/3/11 | Manager | 2,450.00 | 2,450.00 | 1,920.28 |
| Marcia Nordstrom | XXXXX8135 | 14239 | 12/3/11 | Officer | 3,100.00 | 3,100.00 | 1,368.66 |
| Paul Nordstrom | XXXXX1640 | 14211V | 12/15/11 | Manager | -2,450.00 | -2,450.00 | -1,920.28 |
| Paul Nordstrom | XXXXX1640 | 14249 | 12/15/11 | Manager | 2,450.00 | 2,450.00 | 1,920.28 |
| Mike Lee | XXXXX8137 | 14293 | 12/17/11 | Officer | 2,700.00 | 2,700.00 | 2,099.16 |
| Paul Nordstrom | XXXXX1640 | 14312 | 12/17/11 | Manager | 2,450.00 | 2,450.00 | 1,920.28 |
| Marcia Nordstrom | XXXXX8135 | 14341 | 12/17/11 | Officer | 3,100.00 | 3,100.00 | 1,368.66 |
| Mike Lee | XXXXX8137 | 14396 | 12/31/11 | Manager<br>Officer | 1.00<br>2,700.00 | 2,701.00 | 2,099.88 |
| Paul Nordstrom | XXXXX1640 | 14414 | 12/31/11 | Manager<br>Officer | 2,450.00<br>1.00 | 2,451.00 | 1,921.00 |
| 11/19/11 thru 12/31/11 | | | | Manager<br>Officer | 9,801.00<br>20,101.00 | 29,902.00 | 9,442.40 |
| 11/19/11 thru 12/31/11 | | | | Manager<br>Officer | 9,801.00<br>20,101.00 | 29,902.00 | 9,442.40 |

**PB Redell 2012**

## First Business Bank - Payroll Register

For the Period From Jan 1, 2012 to Nov 18, 2012

Filter Criteria includes: 1) Employee IDs: Multiple IDs. Report order is by Check Date. Report is

| Employee | Masked SS No | Reference | Date | Pay Type | Pay Amt | Gross | Amount |
|---|---|---|---|---|---|---|---|
| Marcia Nordstrom | XXXXX8135 | 14457 | 1/5/12 | Officer | 3,100.00 | 3,100.00 | 1,388.27 |
| Mike Lee | XXXXX8137 | 14506 | 1/13/12 | Manager<br>Officer | 1.00<br>2,700.00 | 2,701.00 | 2,109.61 |
| Roger Lee | XXXXX2681 | 14507 | 1/13/12 | Manager<br>Officer | 1.00<br>6,000.00 | 6,001.00 | 2,696.77 |
| Marcia Nordstrom | XXXXX8135 | 14545 | 1/13/12 | Manager<br>Officer | 1.00<br>3,100.00 | 3,101.00 | 1,388.87 |
| Paul Nordstrom | XXXXX1640 | 14549 | 1/13/12 | Manager<br>Officer | 2,450.00<br>1.00 | 2,451.00 | 1,930.23 |
| Mike Lee | XXXXX8137 | 14608 | 1/27/12 | Manager<br>Officer | 1.00<br>2,700.00 | 2,701.00 | 2,109.61 |
| Paul Nordstrom | XXXXX1640 | 14628 | 1/27/12 | Manager<br>Officer | 2,450.00<br>1.00 | 2,451.00 | 1,930.23 |
| Roger Lee | XXXXX2681 | 14397V | 1/29/12 | Officer | -6,000.00 | -6,000.00 | -2,706.27 |
| Marcia Nordstrom | XXXXX8135 | 14673 | 2/2/12 | Officer | 3,100.00 | 3,100.00 | 1,388.27 |
| Marcia Nordstrom | XXXXX8135 | 14672 | 2/3/12 | Manager<br>Officer | 1.00<br>3,100.00 | 3,101.00 | 1,388.87 |
| Mike Lee | XXXXX8137 | 14716 | 2/11/12 | Manager<br>Officer | 1.00<br>2,700.00 | 2,701.00 | 2,109.61 |
| Paul Nordstrom | XXXXX1640 | 14736 | 2/11/12 | Manager<br>Officer | 2,450.00<br>1.00 | 2,451.00 | 1,930.23 |
| Mike Lee | XXXXX8137 | 14813 | 2/25/12 | Manager<br>Officer | 1.00<br>2,700.00 | 2,701.00 | 2,109.61 |
| Paul Nordstrom | XXXXX1640 | 14835 | 2/25/12 | Manager<br>Officer | 2,450.00<br>1.00 | 2,451.00 | 1,930.23 |
| Marcia Nordstrom | XXXXX8135 | 14863 | 2/25/12 | Manager<br>Officer | 1.00<br>3,100.00 | 3,101.00 | 1,388.87 |
| Roger Lee | XXXXX2681 | 14880 | 3/5/12 | Officer | 6,000.00 | 6,000.00 | 3,351.54 |
| Mike Lee | XXXXX8137 | 14919 | 3/10/12 | Manager | 1.00 | 2,701.00 | 2,109.61 |

**PB Redell 2012**
First Business Bank - Payroll Register
For the Period From Jan 1, 2012 to Nov 18, 2012

Filter Criteria includes: 1) Employee IDs: Multiple IDs. Report order is by Check Date. Report is

| Employee | Masked SS No | Reference | Date | Pay Type | Pay Amt | Gross | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Officer | 2,700.00 | | |
| Paul Nordstrom | XXXXX1640 | 14943 | 3/10/12 | Manager / Officer | 2,450.00 / 1.00 | 2,451.00 | 1,930.23 |
| Roger Lee | XXXXX2681 | 14975 | 3/10/12 | Officer | 1.00 / 6,000.00 | 6,001.00 | 2,696.77 |
| Marcia Nordstrom | XXXXX8135 | 14978 | 3/10/12 | Officer | 3,100.00 | 3,100.00 | 1,388.27 |
| Mike Lee | XXXXX8137 | 15023 | 3/24/12 | Manager / Officer | 1.00 / 2,700.00 | 2,701.00 | 2,109.61 |
| Roger Lee | XXXXX2681 | 15024 | 3/24/12 | Manager / Officer | 1.00 / 6,000.00 | 6,001.00 | 2,696.77 |
| Paul Nordstrom | XXXXX1640 | 15048 | 3/24/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Marcia Nordstrom | XXXXX8135 | 15050 | 3/24/12 | Officer | 3,100.00 | 3,100.00 | 1,388.27 |
| Mike Lee | XXXXX8137 | 15142 | 4/7/12 | Manager / Officer | 1.00 / 2,700.00 | 2,701.00 | 2,109.61 |
| Roger Lee | XXXXX2681 | 15143 | 4/7/12 | Manager / Officer | 1.00 / 6,000.00 | 6,001.00 | 2,696.77 |
| Marcia Nordstrom | XXXXX8135 | 15162 | 4/7/12 | Manager / Officer | 1.00 / 3,100.00 | 3,101.00 | 1,388.87 |
| Paul Nordstrom | XXXXX1640 | 15163 | 4/7/12 | Manager / Officer | 2,450.00 / 1.00 | 2,451.00 | 1,930.23 |
| Mike Lee | XXXXX8137 | 15239 | 4/21/12 | Officer | 2,700.00 | 2,700.00 | 2,108.88 |
| Paul Nordstrom | XXXXX1640 | 15258 | 4/21/12 | Manager / Officer | 2,450.00 / 1.00 | 2,451.00 | 1,930.23 |
| Marcia Nordstrom | XXXXX8135 | 15260 | 4/21/12 | Manager / Officer | 1.00 / 3,100.00 | 3,101.00 | 1,388.87 |
| Mike Lee | XXXXX8137 | 15336 | 5/5/12 | Manager / Officer | 1.00 / 2,700.00 | 2,701.00 | 2,109.61 |
| Paul Nordstrom | XXXXX1640 | 15355 | 5/5/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |

Page: 3

**PB Redell 2012**
## First Business Bank - Payroll Register
For the Period From Jan 1, 2012 to Nov 18, 2012

Filter Criteria includes: 1) Employee IDs: Multiple IDs. Report order is by Check Date. Report is

| Employee | Masked SS No | Reference | Date | Pay Type | Pay Amt | Gross | Amount |
|---|---|---|---|---|---|---|---|
| Marcia Nordstrom | XXXXX8135 | 15356 | 5/5/12 | Officer | 3,100.00 | 3,100.00 | 1,388.27 |
| Paul Nordstrom | XXXXX1640 | 15455 | 5/19/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Marcia Nordstrom | XXXXX8135 | 15456 | 5/19/12 | Officer | 3,100.00 | 3,100.00 | 1,388.27 |
| Paul Nordstrom | XXXXX1640 | 15548 | 6/2/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 15637 | 6/16/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 15740 | 6/30/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 15828 | 7/13/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 15919 | 7/27/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 16011 | 8/10/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 16101 | 8/24/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 16187 | 9/8/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 16287 | 9/21/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 16375 | 10/5/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 16461 | 10/19/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 16553 | 11/2/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| Paul Nordstrom | XXXXX1640 | 60047 | 11/16/12 | Manager | 2,450.00 | 2,450.00 | 1,929.50 |
| 1/1/12 thru 3/31/12 | | | | Manager<br>Officer | 14,712.00<br>55,905.00 | 70,617.00 | 42,693.58 |
| 4/1/12 thru 6/30/12 | | | | Manager<br>Officer | 17,155.00<br>26,502.00 | 43,657.00 | 28,087.11 |
| 7/1/12 thru 9/30/12 | | | | Manager | 14,700.00 | 14,700.00 | 11,577.00 |
| 10/1/12 thru 11/18/12 | | | | Manager | 9,800.00 | 9,800.00 | 7,718.00 |
| 1/1/12 thru 11/18/12 | | | | Manager | 56,367.00 | 138,774.00 | 90,075.69 |

12/3/2012 at 3:14 PM

**PB Redell 2012**

## First Business Bank - Payroll Register

For the Period From Jan 1, 2012 to Nov 18, 2012

Filter Criteria includes: 1) Employee IDs: Multiple IDs. Report order is by Check Date. Report is

| Employee | Masked SS No | Reference | Date | Pay Type | Pay Amt | Gross | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Officer | 82,407.00 | | |